

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00243-CV

**Paula Miller**

**v.**

**James Prince a/k/a James Smith**

NO. 2011-65843 IN THE 309TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $430.00 | 12/17/2014 | PAID | APE |
| MT FEE | $10.00 | 11/13/2014 | E-PAID | APE |
| SUPP CLK RECORD | $28.00 | 11/12/2014 | PAID | ANT |
| MT FEE | $10.00 | 08/27/2014 | E-PAID | ANT |
| MT FEE | $15.00 | 04/22/2014 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/26/2013 | E-PAID | ANT |
| RPT RECORD | $110.00 | 06/04/2013 | PAID | ANT |
| RPT RECORD | $851.00 | 06/04/2013 | PAID | ANT |
| FILING | $175.00 | 05/13/2013 | PAID | ANT |
| MT FEE | $10.00 | 05/06/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/06/2013 | E-PAID | ANT |
| CLK RECORD | $143.00 | 05/03/2013 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,792.00.**

***Court costs in this case have been taxed in this Court's judgment***

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 24, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**